IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERIGAS PROPANE, L.P., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OPINION CORP. d/b/a | : | NO.  12-713 |
| PISSEDCONSUMER.COM, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 19th day of *June*, 2012, upon consideration of Defendant Opinion Corp. d/b/a PissedConsumer.com's Motion to Dismiss (Docket No. 5), Plaintiff Amerigas Propane, L.P.'s Response in Opposition (Docket No. 7), and Defendant's Reply Brief (Docket No. 8), it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss Counts I, II, III, IV, and VII is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Defendant's Motion to Dismiss on the grounds that Plaintiff fails to allege the use of "AMERIGAS" as a trademark is **DENIED**;

    b. Defendant's Motion to Dismiss on the grounds that its nominative use of Plaintiff's trademark is fair is **DENIED**;

    c. Defendant's Motion to Dismiss on the grounds that the Complaint fails to allege likelihood of confusion is **DENIED**;

    d. Defendant's Motion to Dismiss on the grounds that the doctrine of initial interest confusion does not apply is **DENIED**;

    e. Defendant's Motion to Dismiss any claim premised on a theory of contributory infringement is **GRANTED**, and Plaintiff is precluded from seeking to hold Defendant contributorily liable for the claims made in Counts I, II, III, IV, and VII;

2. Defendant's Motion to Dismiss Counts IV, V, and VI pursuant to 47 U.S.C. § 230 is **DENIED**.

BY THE COURT:

*S/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.